# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | | | |
|---|---|---|---|
| RYAN KURENITZ, | ) | COURT MINUTES - CIVIL | |
| | ) | BEFORE:  JANIE S. MAYERON | |
| Plaintiff(s), | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | Civil 12-244 (SRN/JSM) |
| | ) | Date: | June 18, 2012 |
| STELLAR RECOVERY INC., | ) | Time Commenced: | 1:30 p.m. |
| | ) | Time Concluded: | 2:00 p.m. |
| Defendant(s), | ) | Location: | St. Paul, Courtroom 6B |
| | ) | Total Time: | 30 Minutes |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

    s/KH
Judicial Assistant