## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **RYAN M. KURENITZ**  )  ) **Plaintiff,**  )  ) **v.**  )  ) **STELLAR RECOVERY, INC.**  )  ) **Defendant.**  ) | **Case No. 12-CV-00244-SRN-JSM** |

### CERTIFICATE OF MAILING

I hereby certify that on this 14th day of August, 2012, Defendant, Stellar, Inc., served Plaintiff with Defendant's Responses to Plaintiff's First Interrogatories, Plaintiff's First Requests for Production of Documents, and Plaintiff's First Request for Production of Statements by depositing the same in U.S. Mail, postage prepaid, and by email to:

Mark L. Heaney
13911 Ridgedale Drive, Suite 110
Minnetonka, MN  55305-1773
mark@heaneylaw.com
ATTORNEY FOR PLAINTIFF

                                                    /s Benjamin N. Hutnick
                                                    Benjamin N. Hutnick, *Pro Hac Vice*
                                                    Berman & Rabin, P.A.
                                                    15280 Metcalf
                                                    Overland Park, KS 66223
                                                    Direct line: 913-982-0345
                                                    Main phone: 913-649-1555
                                                    Fax: 913-652-9474
                                                    bhutnick@bermanrabin.com