**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Ryan Kurentiz,<br><br>        Plaintiff,<br><br>vs.<br><br>Stellar Recovery, Inc.<br><br>        Defendants. | Case No.: 12-CV-00244 (SRN/JSM)<br><br><br>**ORDER** |

        Based upon the Stipulation for Dismissal with Prejudice filed by the parties [Civil Docket No. 23],

        IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: June 5, 2013                                s/Susan Richard Nelson
                                                                Susan Richard Nelson
                                                                United States District Judge